No. 84–1313. BURLINGTON NORTHERN RAILROAD CO. *v.* COSBY ET AL. C. A. 8th Cir. Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 84–1438. NATIONAL BUSINESS SYSTEMS, INC., ET AL. *v.* AM INTERNATIONAL, INC., ET AL. C. A. 7th Cir. Motion of petitioners to defer consideration of the petition for writ of certiorari denied. Certiorari denied.

No. 84–1471. BEECH AIRCRAFT CORP. *v.* ELSWORTH ET AL. Sup. Ct. Cal. Motion of Boeing Co. et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.